Willie Junior HINES, a/k/a Willie Hines, Jr., Plaintiff–Appellant,

v.

Chad ROBINSON; Adetoro Sobowale; Amy Enloe; Terri Comp; Dave Tatarsky; Michael Laubshire; Robert Ward; Warden McCall; Timothy P. Close; W.J. Bayard; John Doe, Kirkland Medical Institution, Defendants–Appellees,

and

Kirkland Jane Doe Medical; Steven M. Pruitt; SCDC; Coach Robinson; MD Image Care LLC, Defendants.

No. 13–6484.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 3, 2013.

Willie Junior Hines, Appellant Pro Se. Nathaniel Heyward Clarkson, III, Clarkson Walsh Terrell & Coulter, PA, Greenville, South Carolina; Shelton Webber Haile, Richardson, Plowden & Robinson,

PA, Columbia, South Carolina, for Appellees.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Junior Hines appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hines' motion for appointment of counsel and affirm for the reasons stated by the district court. *Hines v. Robinson,* No. 6:12–cv–01834–GRA (D.S.C. Mar. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*